# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | CR12-00142 |
| Uriel Plancencia | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

   Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __March 8__, __2013__, at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __SHERI PYM__, in Courtroom __4 - 3rd Floor__.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __3-4-13__

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge

---